# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | Criminal No. WDQ-11-050 |
| | * | Civil No. JFM-15-590 |
| JEAN BROWN | * | |
| | ****** | |

## MEMORANDUM

Jean Brown has filed a motion pursuant to 28 U.S.C. §2255. The United States has responded to the motion. The motion will be denied for the following reasons.

1. Brown's counsel was not ineffective in objecting to a verdict form that inaccurately calculated the drug quantity by approximately four pounds. Moreover, in light of the extensive evidence reflecting that tens of thousands of pounds of marijuana were distributed by the conspiracy of which Brown was an active member, any error was not at all prejudicial.

2. The record reflects that Brown was adequately advised by her counsel of her right to testify.

3. Counsel was not ineffective in conceding that Brown was present "at the scene of the crime" in his closing argument. Brown was present at the hotel where the victim was being held. In any event, the government's theory was that Brown had ordered the murder of the victim, and her presence of at the scene of the crime was immaterial to this theory.

4. Brown's counsel was not ineffective in failing to cross-examine the cooperating co-conspirators. In fact, the record reflects that Brown's counsel did cross-examine the co-conspirators. Likewise, Brown's claim that her counsel was ineffective in not calling witnesses

1

fails because she does not indicate the witnesses whom counsel should have called or what they would have testified about.

A separate order denying Brown's motion is being entered herewith.

Date: Feb 5 2016

J. Frederick Motz
United States District Judge

2016 FEB -9 AM 11:39
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
FILED

2